(Official Form 1) (12/02)

| FORM B1 | United States Bankruptcy Court<br>__Northern__ District of __Illinois__ | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Fronda, Evangeline C.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Fronda, Gerardo P.** |
|---|---|
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>xxx-xx-7596 | Soc. Sec./Tax I.D. No. (if more than one, state all):<br>xxx-xx-2904 |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**739 Forest Glen Lane**<br>**Oak Brook, IL 60523** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**Same** |
| County of Residence or of the Principal Place of Business: **DuPage** | County of Residence or of the Principal Place of Business: **Same** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

(stamp overlay: **Chapter 13 W/Plan**)

Location of Principal Assets of Business Debtor
(if different from street address above):

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- [✓] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
- [✓] Individual(s)
- [ ] Corporation
- [ ] Partnership
- [ ] Other _____
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [✓] Chapter 13
- [ ] Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
- [✓] Consumer/Non-Business
- [ ] Business

**Filing Fee** (Check one box)
- [✓] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Chapter 11 Small Business** (Check all boxes that apply)
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101
- [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)
- [✓] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors: [✓] 1-15   [ ] 16-49   [ ] 50-99   [ ] 100-199   [ ] 200-999

Estimated Assets:
[ ] $0 to $50,000   [✓] $50,001 to $100,000   [ ] $100,001 to $500,000   [ ] $500,001 to $1 million   [ ] $1,000,001 to $10 million   [ ] $10,000,001 to $50 million

Estimated Debts:
[ ] $0 to $50,000   [✓] $50,001 to $100,000   [ ] $100,001 to $500,000   [ ] $500,001 to $1 million   [ ] $1,000,001 to $10 million   [ ] $10,000,001 to $50 million

```
U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 04/16/2004
Time: 15:48:51
Debtor: EVANGELINE C FRONDA
Case: 04-15242          Fee : 194
Chapter: 13    Rec. # : 3075661
Judge: John Squires
341 mtg: 05/19/2004 @ 11:30AM
ConfHrg: 06/11/2004 @ 11:30AM
Trustee: GLENN STEARNS
```

1:04BK15242-BK001

(Official Form 1) (12/02) FORM B1, Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Fronda, Gerardo and Evangeline** |
|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date

X _____
Signature of Attorney for Debtor(s)
**William D. Cherny**
Printed Name of Attorney for Debtor(s)

Firm Name
**The Chawla Group, Ltd.**

Address
**15 Spinning Wheel Rd., #126**
**Hinsdale, IL 60521**

Telephone Number
**(630) 325-5557**

Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____   4/15/04
Signature of Attorney for Debtor(s)   Date

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed Name of Bankruptcy Petition Preparer

Social Security Number

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

FORM B6A
(6/90)

In re _Fronda, Evangeline and Gerardo_,  Case No. _____
              Debtor                                     (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 739 Forest Glen Ln<br>Oak Brook, IL 60523 | Owner | J | 350,000 | 268,721 |
| | | Total▶ | | |

(Report also on Summary of Schedules.)

FORM B6B
(10/89)

In re _____Fronda, Evangeline and Gerardo_____,    Case No. _____
                    Debtor                                                (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank One - Checking/Savings<br>Charter One - Checking<br>LaSalle Bank - Checking | J | 5,000<br>50<br>200 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | | J | 2,000 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | | J | 500 |
| 6. Wearing apparel. | | | J | 1,000 |
| 7. Furs and jewelry. | | Jewelry | J | 1,000 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | | J | 300 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | | | |
| 10. Annuities. Itemize and name each issuer. | | Cook County Employees' Annuity and Benefit Fund | J | 118,716 |

FORM B6B-Cont.
(10/89)

In re _____Fronda, Evangeline and Gerardo_____,    Case No. _____
              Debtor                                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

FORM B6B-cont.
(10/89)

In re __Fronda, Evangeline and Gerardo__,  Case No. _____
   Debtor                                                (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1993 Dodge Grand Caravan<br>1996 Lexus ES 300 | J | 800<br>5,650 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | | Kiln | J | 300 |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |

_____ continuation sheets attached    Total▶  $ 135,216

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

FORM B6C
(6/90)

In re    Fronda, Evangeline and Gerardo    ,    Case No. _____
           Debtor                                           (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. § 522(b)(1): Exemptions provided in 11 U.S.C. § 522(d). **Note: These exemptions are available only in certain states.**
☑ 11 U.S.C. § 522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 739 Forest Glen Ln Oak Brook, IL 60523 | 735 ILCS 5/12-901 | $15,000 | $360,000 |
| Personal Property | 735 ILCS 5/12-1001(b) | $4,000 | $16,500 |
| Wearing Appearal | 735 ILCS 5/12-1001(a) | $1,000 | $1,000 |
| Cook County Employees' Annuity and Benefit Fund | 735 ILCS 5/12-1006 | $118,716 | $118,716 |
| Automobiles | 735 ILCS 5/12-1001(c) | $6,450 | 4,800 |

FORM B6D
(6/90)

In re  Fronda, Evangeline and Gerardo  ,  Case No. _____
        Debtor                                   (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0431146794<br><br>Homecomings Financial<br>P.O. Box 890036<br>Dallas, TX 75389 | | J | Residential Mortgage<br>Residence<br><br><br>VALUE $ 360,000 | | | | 268,724.00 | |
| ACCOUNT NO. 1440045<br><br>PRA III<br>c\o Blatt, Hasenmiller, Liebsker & Moore, LLC<br>2 North LaSalle St., Ste 900<br>Chicago, IL 60602 | | | Judgment Lien - 03/18/04<br>Residence<br><br><br>VALUE $ 360,000 | | | | 34,102.38 | |
| ACCOUNT NO. | | | <br><br><br>VALUE $ | | | | | |
| ACCOUNT NO. 1051205<br><br>Calvary SPV 1, LLC<br>c/o Kevin M. Kelly, P.c.<br>10 E. 22nd St., Suite 216<br>Lombard, IL 60148 | | J | Judgment Lien - 12/3/02<br>Residence<br><br><br>VALUE $ 360,000 | | | | 6,809.09 | |

_____ continuation sheets attached

Subtotal➤ (Total of this page) $

Total➤ (Use only on last page) $ 309,635.47

(Report total also on Summary of Schedules)

Form B6F
(Rev.4/01)

In re ___Fronda, Evangeline and Gerardo___,    Case No._____
                    Debtor                                           (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

Form B6E
(Rev.4/01)

In re ____Fronda, Evangeline and Gerardo____,         Case No._____
                    Debtor                                                              (if known)

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

\* Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ continuation sheets attached

FORM B6E - Cont.
(10/89)

In re   Fronda, Evangeline and Gerardo   ,   Case No. _____
              Debtor                                                      (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes Owed to Governmental Units

**TYPE OF PRIORITY**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xx-xx-xxx-706<br><br>DuPage County Collector<br>P.O. Box 787<br>Wheaton, IL 60189-0787 | | W | 1st Installment of 2002 Tax | | | | 2,929.93 | 2,929.93 |
| ACCOUNT NO. | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |

Sheet no. ___ of ___ sheets attached to Schedule of Creditors
Holding Priority Claims

Subtotal▶ $
(Total of this page)
Total▶ $ 2,929.93
(Use only on last page of the completed Schedule E.)
(Report total also on Summary of Schedules)

FORM B6F (Official Form 6F) (9/97)

In re ___Fronda, Evangeline and Gerardo___,   Case No. _____
               Debtor                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3715500971012006<br>American Express Co.<br>c/o James A. West., P.C.<br>3100 South Gessner, Suite 630<br>Houston, TX 77063 | | W | 12/05/2001 | | | | 5,751.93 |
| ACCOUNT NO. 697078<br>Sherman Acquisition, L.P.<br>P.O. Box 785058<br>Orlando, FL 32828-5058 | | H | 12/11/2003 | | | | 9,485.45 |
| ACCOUNT NO. AB1 5447180135215135<br>LTD Finanacial Services, L.P.<br>7322 Southwest Freeway, Suite 1600<br>Houston, TX 77074 | | W | 08/24/2001 | | | | 3,476.21 |
| ACCOUNT NO. 30013700592410<br>Retailers National Bank NBA<br>c/o Meyer & Njus, P.A.<br>Eleventh Floor, Suite 93<br>111 North State Street<br>Chicago, IL 60602 | | W | 01/21/2004 | | | | 4,227.79 |

_____ continuation sheets attached

Subtotal➤  $ 22,941.38

Total ➤  $
(Report also on Summary of Schedules)

FORM B6F - Cont.
(10/89)

In re __Fronda, Evangeline and Gerardo__,    Case No. _____
         Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 6419827-NAGEZM<br><br>Lord and Taylor<br>c/o Risk Managment Alternatives, Inc.<br>802 E. Martintown Rd., Suite 201<br>North Augusta, SC 29841 | | W | 03/11/2004 | | | | 388.40 |
| ACCOUNT NO. 3372701<br><br>Ameritech SBS Illinois<br>c/o Diversified Adjustment Service, Inc.<br>P.O. Box 32145<br>Fridley, MN 55432 | | W | 03/12/2001 | | | | 467.53 |
| ACCOUNT NO. 12593602<br><br>NICOR Gas<br>c/o NCO Finanacial Systems, inc.<br>P.O. Box 3759<br>Crofton, MD 21114 | | W | 02/02/2002 | | | | 650.52 |
| ACCOUNT NO. 007048738-02<br><br>AFNI, Inc.<br>PO Box 3427<br>Bloomington, IL 61702-3427 | | H | 01/26/2004 | | | | 186.69 |
| ACCOUNT NO. 007048337-02<br><br>AFNI, Inc.<br>P.O. Box 3427<br>Bloomington, IL 61702-3427 | | W | 01/26/2004 | | | | 136.01 |

Sheet no. __2__ of ___ sheets attached to Schedule of                    Subtotal ➤    $ 1,829.15
Creditors Holding Unsecured Nonpriority Claims                       (Total of this page)
                                                                         Total ➤    $
                                               (Use only on last page of the completed Schedule E.)
                                                               (Report total also on Summary of Schedules)

FORM B6F - Cont.
(10/89)

In re _____Fronda, Evangeline and Gerardo_____,   Case No. _____
             Debtor                                            (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 202-641-296  Shell Credit Card Center P.O. Box 9151 Des Moines, IA 50368-9151 | | W | 12/08/2003 | | | | 594.95 |
| ACCOUNT NO. 3752803  FDS Bank/Bloomingdales c/o FMS Inc. P.O. Box 707600 Tulsa, OK 74170-7600 | | W | 03/12/2004 | | | | 645.03 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. ___ of ___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $ 1,239.98
(Total of this page)

Total ➤  $ 26,010.51
(Use only on last page of the completed Schedule E.)
(Report total also on Summary of Schedules)

Page 15 of 16

FORM B6I
(6/90)

In re  Fronda, Evangeline and Gerardo  ,     Case No._____
　　　　　　　　　Debtor                                  (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: Married | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | NAMES | AGE | RELATIONSHIP |

| **Employment:** | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Homemaker | Physician |
| Name of Employer | | County of Cook |
| How long employed | | 10 years |
| Address of Employer | | 118 N. Clark St. Chicago, IL 60602 |

|  | DEBTOR | SPOUSE |
|---|---|---|
| **Income:** (Estimate of average monthly income) | | |
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ 0.00 | $ 13,711.58 |
| Estimated monthly overtime | $ | $ |
| SUBTOTAL | $ 0.00 | $ 13,711.58 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ 2,509.00 |
| b. Insurance | $ 0.00 | $ 17.33 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify: Pension, Tax Pen, Def Comp, Parking ) | $ 0.00 | $ 2,489.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 5,015.33 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 8,696.25 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| Income from real property | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| Social security or other government assistance (Specify) _____ | $ 0.00 | $ 0.00 |
| Pension or retirement income | $ 0.00 | $ 0.00 |
| Other monthly income (Specify) _____ | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| TOTAL MONTHLY INCOME | $ 0.00 | $ 8,696.25 |

TOTAL COMBINED MONTHLY INCOME    $ 8,696.25         (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

FORM B6J
(6/90)

In re  Fronda, Evangeline and Gerardo  ,          Case No. _____
                         Debtor                                                            (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 2,602.98 |
| Are real estate taxes included?    Yes ✓   No ____ | |
| Is property insurance included?    Yes ✓   No ____ | |
| Utilities    Electricity and heating fuel | $ 500.00 |
| Water and sewer | $ 105.00 |
| Telephone | $ 240.00 |
| Other  Property Assessment ($22.00), Garbage pickup ($37.00) | $ 59.00 |
| Home maintenance (repairs and upkeep) | $ 250.00 |
| Food | $ 1,035.00 |
| Clothing | $ 300.00 |
| Laundry and dry cleaning | $ 85.00 |
| Medical and dental expenses | $ 210.00 |
| Transportation (not including car payments) | $ 500.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 90.00 |
| Charitable contributions | $ 40.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
| Homeowner's or renter's | $ 0.00 |
| Life | $ 90.00 |
| Health | $ 0.00 |
| Auto | $ 101.00 |
| Other | $ 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) (Specify) | $ 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | |
| Auto | $ 0.00 |
| Other  Dependent's School Tuition and Expenses | $ 616.00 |
| Other  Gifts | $ 15.00 |
| Alimony, maintenance, and support paid to others | $ 0.00 |
| Payments for support of additional dependents not living at your home | $ 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| Other  Professional Fees & License ($25.00), Continuing Education | $ 220.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ 7,058.98 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---|
| A. Total projected monthly income | $ 8,696.25 |
| B. Total projected monthly expenses | $ 7058.98 |
| C. Excess income (A minus B) | $ 1,637.27 |
| D. Total amount to be paid into plan each  Month       (interval) | $ 1,637.27 |