UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 04 B 15242
    EVANGELINE C FRONDA
    GERARDO P FRONDA                      CHAPTER 13

                                          JUDGE: JOHN H SQUIRES
        Debtor
   SSN XXX-XX-7596    SSN XXX-XX-2904
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 04/16/04 and confirmed on 10/22/04.

2. The plan is paid in full.

3. The Debtor paid a total of $ 91695.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC RESCAP LLC | CURRENT MORTG | .00 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | SECURED | 34102.00 | 7655.02 | 34102.00 |
| CALVARY SPV I LLC | SECURED | 6216.49 | 1512.38 | 6216.49 |
| DUPAGE COUNTY COLLECTOR | NOTICE ONLY | NOT FILED | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 9736.47 | 1206.51 | 9736.47 |
| LTD FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| RETAILERS NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| LORD & TAYLOR | UNSECURED | 388.40 | 48.80 | 388.40 |
| AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| ANDERSON FINANCIAL NETWO | UNSECURED | NOT FILED | .00 | .00 |
| ANDERSON FINANCIAL NETWO | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 629.41 | 78.67 | 629.41 |
| TSYS DEBT MANAGEMENT | UNSECURED | 645.03 | 80.46 | 645.03 |
| ROUNDUP FUNDING LLC | UNSECURED | 2407.14 | 298.04 | 2407.14 |
| CALVARY SPV I LLC | UNSECURED - C | 247.14 | 67.45 | 247.14 |
| LORD & TAYLOR | UNSECURED | 175.16 | 23.12 | 175.16 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | .00 | .00 | 2127.02- |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | .00 | .00 | 5522.43 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 40318.49 | .00 | 13981.61 | 247.14 | 54547.24 |
| PRINCIPAL PAID | 40318.49 | .00 | 6332.16 | 247.14 | 46897.79 |
| INTEREST PAID | 9167.40 | .00 | 1735.60 | 67.45 | 10970.45 |

```
TOTAL PAID              49485.89           .00      8067.76       314.59      57868.24
```

The Debtor's attorney, WILLIAM D CHERNY ESQ          , was allowed $   2700.00
and was paid $      6.00   direct and $   2694.00   through the plan.

The Trustee received $   2582.67 .

Refunds to the Debtor totaled $   28550.09 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/13/09                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE